UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHAD LIGHTFOOT | CIVIL ACTION NO. 22-1080 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| GARY GILLEY, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, noting the lack of objection filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Chad Lightfoot's claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for class certification is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 1st day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE